PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Amended
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Shawn Oakman      **Docket Number:** 15-00340-001
     **PACTS Number:** 405281

**Name of Sentencing Judicial Officer:**    THE HONORABLE CYNTHIA M. RUFE
     UNITED STATES DISTRICT JUDGE, ED/PA

**Jurisdiction transferred to:**    THE HONORABLE ROBERT B. KUGLER
     UNITED STATES DISTRICT JUDGE
     (July 8, 2015)

**Date of Original Sentence:** 12/09/2010

**Original Offense:** Conspiracy to Interfere with Interstate Commerce by Robbery; Interference with Interstate Commerce by Robbery and Aiding & Abetting (4 counts); Carrying and Using a Firearm During and In Relation to a Crime of Violence (4 counts); Possession with Intent to Distribute a Controlled Substance (2 counts)

**Original Sentence:** 102 months imprisonment, 5 years supervised release

**Special Conditions:** Drug testing/treatment, financial disclosure, no new debt, $20,004.90 restitution (at a rate of no less than $200 per month)

**Violation of Supervised Release:** Heard September 18, 2017. Supervision continued with added condition of 6 months location monitoring.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 10/03/2014

**Assistant U.S. Attorney:** Diana Carrig; 401 Market St., 4th Floor, Camden, New Jersey 08101, (856) 757-5026

**Defense Attorney:** Maggie F. Moy; Federal Defenders Office, 800 Cooper Street, Suite 350, Camden, New Jersey 08102, (856) 757-5341

## PETITIONING THE COURT

☑ To amended the petition dated November 28, 2017, and filed November 29, 2017

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'The defendant shall not commit another federal, state, or local crime.'** |

On November 27, 2017, Mr. Oakman was charged by police in East Greenwich Township with one count of Simple Assault, in violation of 2C:12-1(a)(1) of the New Jersey Criminal Code.

According to the alleged victim (Shanika Brown; Mr. Oakman's wife), the arresting police officer and court records, Mr. Oakman grabbed Ms. Brown by the throat and punched her in the stomach following a domestic argument (Ms. Brown is five months pregnant).

Mr. Oakman then fled the residence and Ms. Brown contacted local police and the undersigned probation officer. Mr. Oakman then returned to the residence and began choking her again; police arrived minutes later and took him into custody.

Ms. Brown was transported to a local hospital for medical attention and observation (she was subsequently treated for bruised ribs and informed that her unborn child was not injured).

According to the New Jersey Criminal Code, the count of Simple Assault with which Mr. Oakman has been charged is a disorderly persons offense punishable by up to 180 days in custody. As of the writing of this report, the complaint is pending disposition in the local court.

| | |
|---|---|
| 2 | The offender has violated the special condition of supervision which states **'You must submit to home detention for a period of 6 months and comply with the Location Monitoring Program requirements as directed by the U.S. Probation Office. You will be restricted to your residence at all times except for employment, education, religious services, medical, substance abuse and mental health treatment, court-ordered obligations, and any other such times specifically authorized by the U.S. Probation Office. The location monitoring technology is at the discretion of the U.S. Probation Office. The cost of monitoring is waived.'** |

On November 27, 2017, Mr. Oakman left his residence at approximately 5:15 PM. Pursuant to the terms of his location monitoring condition, he was supposed to remain in his residence after 5:00 PM. He subsequently returned to the residence and was apprehended by local police upon being charged with Simple Assault.

3      The offender has violated the special condition of supervision which states, **'You are to make restitution in the amount of $20,004.90. If defendant should become employed while incarcerated then monies earned may be applied to his Court ordered financial obligations at a rate of no less than $25.00 per quarter. All remaining balances of Court ordered financial obligation shall become a condition of defendant's supervised release and paid at a rate of $200.00 per month to begin 60 days upon his release from incarceration.'**

As of the date of this petition, Mr. Oakman last made a payment toward restitution in August 2017 (a payment of $50). He has paid a total of $700 toward restitution since commencing supervised release. Pursuant to 18 U.S.C. 3572(i), he is in default of his restitution payments.

4      The offender has violated the mandatory supervision condition which states **'The defendant shall not commit another federal, state, or local crime.'**

Mr. Oakman was arrested by East Greenwich Township police and charged with one count of Simple Assault on November 27, 2017. On November 28, 2017, the Gloucester County Prosecutor's Office added a count of Aggravated Assault on the basis of injuries sustained by Shanika Oakman as a result of Mr. Oakman's assaultive behavior.

According to 2C:12-1(b)(13) of the New Jersey Criminal Code, the count of Aggravated Assault with which Mr. Oakman has been charged is a crime of the third degree punishable by 3 to 5 years in state prison.

I declare under penalty of perjury that the foregoing is true and correct.

By/ Joseph DaGrossa
U.S. Probation Officer
Date: 12/05/2017

THE COURT ORDERS:

☑ The *Petition for Warrant or Summons for Offender Under Supervision* filed November 29, 2017, is hereby amended
☐ The Issuance of a Summons. Date of Hearing: _____.
☐ No Action
☐ Other

_____
Signature of Judicial Officer

12/6/2017
_____
Date